IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CIVIL ACTION NO. 2:17-cv-00050

ANTHONY AND JUNE WYNN,

                Plaintiffs

vs.

STATE FARM FIRE AND CASUALTY COMPANY,

                Defendant

**ORDER REMANDING BACK TO STATE COURT PURSUANT TO 28 U.S. CODE § 1447**

This cause coming to be heard before the undersigned United States District Court Judge upon joint motion of the Parties to remand this matter back to the Jurisdiction of the Superior Court of Hertford County, North Carolina pursuant to 28 U.S. Code § 1447 *et. seq.* It appearing to the Court upon consent of the Parties that this motion should be allowed.

It is thereby ordered that this Civil Action is hereby remanded from the jurisdiction of this Court to the jurisdiction of the Superior Court of Hertford County, North Carolina.

This the  13th  day of November, 2017.

                */s/ Louise W. Flanagan*
                _____
                Honorable Louise W. Flanagan
                United States District Court Judge